UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MELVIN JAVIER ALMENDAREZ TOME,

Petitioner,

*v.*

WARDEN FACILITY ADMINISTRATION ADELANTO ICE PROCESSING CENTER,

Respondent.

Case No. 5:26-cv-05793-WLH-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [9]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, (Dkt. No. 1), all the records and files herein, and the Report and Recommendation ("Report and Recommendation") of the United States Magistrate Judge, (Dkt. No. 9). The deadline to file objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Respondent is **ORDERED** to immediately release Petitioner Melvin Javier Almendarez Tome ("Petitioner") from Respondent Warden Facility Administration Adelanto ICE Processing Center's ("Respondent") custody unless, absent an extension requested by Petitioner, **within seven days of this order**, Petitioner is provided with an individualized bond hearing at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings.

Respondent is also **ORDERED** to file a status report ("Status Report") no later than 21 days after issuance of the conditional release order, regarding Respondent's compliance with the order and identifying the outcome of the bond hearing, if one was provided, and/or whether Petitioner requested an extension of time. Judgment will be entered separately after receipt of the Status Report.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order herein on Petitioner at the current address of record, as well as all parties who have appeared in the action.

Dated: November 12, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE