**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MELVIN JAVIER ALMENDAREZ TOME,

Petitioner,

v.

WARDEN FACILITY ADMINISTRATION ADELANTO ICE PROCESSING CENTER,

Respondent.

Case No. 5:26-cv-05793-WLH-SSC

**FINAL JUDGMENT**

On November 12, 2026, the Court issued an Order requiring Respondent Warden Facility Administration Adelanto ICE Processing Center ("Respondent") to immediately release Petitioner Melvin Javier Almendarez Tome ("Petitioner") from Respondent's custody unless, absent an extension requested by Petitioner, Petitioner was provided with an individualized bond hearing within seven days of the Order's issuance. (Order Accepting Report and Recommendations ("Order"), Dkt. No. 10, at 2). The Court also ordered Respondent to file a status report no later than 21 days after the Order's issuance. (*Id.*). On November 20, 2026, Respondents filed a Notice

of Compliance stating that Respondents provided Petitioner with a bond hearing in compliance with the Court's Order. (Notice of Compliance, Dkt. No. 11, at 2).

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Petition is **GRANTED** in part **and DENIED** in part. Respondents are **ORDERED** to serve a copy of this Final Judgment on Petitioner at his last known address. All deadlines and hearings in the case are **VACATED**.

Dated: November 23, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE